**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MERYL BRODSKY,

                        Plaintiff,

      -against-                                    24 **CIVIL** 2823 (PAE)

**JUDGMENT**

THE NEW YORK CITY CAMPAIGN
FINANCE BOARD *et al.*,

                        Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 12, 2025, the Court grants defendants' motion to dismiss the AC. Accordingly the action is dismissed with prejudice.

**Dated:** New York, New York

     March 12, 2025

                                                      **TAMMI M HELLWIG**
                                                      **Clerk of Court**

                            **BY:**
                                                      **Deputy Clerk**